```
              UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

C.L. *by next friend*
Eileen Kerwickplaintiff

    v.                        Civil No. 10-cv-00320-JL

New Hampshire Interscholastic
Athletics Association, Inc.


**PROCEDURAL ORDER: PRELIMINARY INJUNCTION HEARING**

Because of the short time frame involved, the court will not require the filings it customarily orders (jointly drafted statement of agreed-to facts, timeline, proposed findings of fact and rulings of law).

The hearing on the motion for preliminary injunction will be held **August 6, 2010 at 9:30 a.m.**

On or before **August 5 at 12:00 noon**, each party shall file:

- a proposed order briefly setting forth the basis for the proposed ruling desired;
- witness lists
- exhibit lists.

Counsel shall confer before the hearing to identify all areas of agreement and disagreement as to the admissibility of each exhibit.

The parties should be prepared to present evidence (in the form of stipulations, or affidavits of testimony from Central High School and Trinity High School officials) on whether C.L. was eligible to play football during the 2008 season from the standpoint of his academic record, disciplinary record, attendance records, and any other factors impacting his 2008 eligibility under each school's internal eligibility standards.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: July 30, 2010

cc: James W. Craig, Esq.
    Michael R. Callahan, Esq.